# United States District Court

E-FILED
Tuesday, 12 February, 2008 11:34:39 AM
Clerk, U.S. District Court, ILCD

___CENTRAL___ DISTRICT OF ___ILLINOIS___

FEB 11 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

JORGE ZALAZAR-MENDIVIL

**CRIMINAL COMPLAINT**

CASE NUMBER: 08- 3006 - M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about ___February 8, 2008___ in ___Sangamon___ county, in the ___Central___ District of ___Illinois___ defendants did:

illegally transport aliens for the purpose of private financial gain

in violation of Title __8__ United States Code, Section __1324(a)(1)(A)(ii) and 1324(B)(i)__ . I further state I am a __Senior Special Agent, Department of Homeland Security, Immigration and Customs Enforcement__ and this complaint is based on the following facts:

Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes    ☐ No

s/ Stuart A. Kutz

Signature of Complainant

Sworn to before me and subscribed in my presence,

February 11, 2008   4:20 PM   at   Springfield, Illinois
Date                                   City and State

s/ Byron G. Cudmore

Byron G. Cudmore
U.S. Magistrate Judge
Name & Title of Judicial Officer          Signature of Judicial Officer

STATE OF ILLINOIS      )
                       )  SS
COUNTY OF SANGAMON     )

## AFFIDAVIT

I, Stuart A. Kutz, the undersigned affiant, first being duly sworn upon oath, hereby depose and state the following:

1. I am a Senior Special Agent with the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE). I have been employed by this agency, or the legacy Immigration and Naturalization Service (INS), for more than thirty-one (31) years. I am currently assigned to the Springfield, Illinois ICE office in the Anti-Smuggling Unit;

2. In my employment, I am assigned to investigate alleged violations of the Immigration and Nationality Act, including aliens who have entered the United States illegally and activities that constitute the illegal transportation of such aliens in the furtherance of their illegal presence in the United States;

3. This affidavit is made in support of a criminal complaint charging JORGE ZALAZAR-MENDIVIL with the offense of illegal transportation of aliens for the purpose of private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(B)(i). Warrant for the arrest of the defendant is requested;

4. On Friday, February 8, 2008, at approximately 1:45 P.M., Illinois State Police Trooper Steven Ent stopped a 1997 Ford van, bearing Arizona License # OFR 3867, on northbound Interstate 55 near mile marker 109 near Williamsville, Illinois. Trooper Ent stopped this vehicle for speeding (70 mph in a 65 mph zone) and for a suspended registration. Upon approaching the vehicle, Trooper Ent observed JORGE ZALAZAR-MENDIVIL behind the wheel. Trooper Weiss

observed numerous other Hispanics in the van. When asked for a driver's license and vehicle registration, the driver could not speak English. When Trooper Ent attempted to communicate with the passengers, he found a few who could speak some English, and determined that the driver did not have a driver's license and that all of the occupants were Mexican citizens illegally present in the United States. At that time, Trooper Ent requested that his dispatcher contact the local ICE office.

5. At approximately 2:15 P.M., ICE Special Agents Stuart A. Kutz and Stephen Westover arrived at the scene. Through cursory questioning, all of the vehicle's passengers admitted to being Mexican citizens and nationals who had recently entered the United States without proper inspection and admission. At that time, the driver and passengers were all transported to the Springfield, Illinois ICE office for further questioning and processing;

6. Questioning of the passengers yielded very similar stories. The passengers all stated that they or their relatives had paid and/or were going to pay smuggling fees ranging from $1,000 to $3,000 each to unknown smugglers in Mexico or Phoenix, Arizona. The passengers all stated that they had never met the driver, JORGE ZALAZAR-MENDIVIL, until he arrived to pick them up for their trip north. The passengers were going to various destinations, including Chicago, Illinois, New York City and Florida. All of the passengers stated that JORGE ZALAZAR-MENDIVIL did most of the driving from Phoenix, letting others drive for short periods of time when he was tired;

7. Prior to questioning, JORGE ZALAZAR-MENDIVIL was advised of his Miranda rights. JIMENEZ stated that he understood his rights and agreed to answer questions, signing Form I-214 waiving his right to have an attorney present. ZALAZAR was also advised of his consular communication privileges, and stated that he did not want consular officials from his

country notified. ZALAZAR admitted that he had driven this van most the way from Phoenix, Arizona until it was stopped by the police in Illinois. ZALAZAR also admitted that he knew the passengers were aliens illegally present in the United States. When questioned about the smuggling arrangements, ZALAZAR stated that he was not sure what arrangements the passengers had made with the smugglers, however ZALAZAR did admit that he had arranged with a man only known to him as Miguel to deliver these fourteen (14) people to Chicago, Illinois and then return the van to Phoenix, Arizona. ZALAZAR stated that Miguel gave him $500.00 to cover food and gasoline expenses during the trip and that upon returning to Phoenix, Miguel was to pay him an additional $1,200.00.

Based on the foregoing, affiant believes that there is probable cause to charge JORGE ZALAZAR-MENDIVIL with violations of Title 8, United States Code, Section 1324(a)(1)(A)(ii), and, 1324(B)(i), and these activities occurred in Sangamon County, Illinois, within the Central District of Illinois.

s/ Stuart A. Kutz

STUART A. KUTZ, SENIOR SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

Subscribed and sworn to before me
this 11th day of February 2008.  4:20 PM
s/ Byron G. Cudmore

HONORABLE BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE