UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                                )<br>              Plaintiff,               )<br>                                                                )<br>    vs.                                          )     Case No. 08-3006-M<br>                                                                )<br>JORGE ZALAZAR-MENDIVIL,       )<br>                                                                )<br>              Defendant.            ) | |

## DETENTION ORDER

BEFORE U.S. MAGISTRATE JUDGE BYRON CUDMORE:

On February 12, 2008, a detention hearing was requested by the Government in the above listed cause. The Defendant, represented by court appointed counsel, Robert Scherschligt, and assisted by an interpreter, knowingly and voluntarily waived his right to a detention hearing and consented to being detained herein. Based upon the knowing waiver of the Defendant's right to a detention hearing, Defendant Jorge Zalazar-Mendivil is ordered detained.

WHEREFORE, the Defendant is committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the U.S. Marshal for the purpose of an appearance in connection with a court proceeding herein.

ENTER:  February 12, 2008

    s/ Byron G. Cudmore
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE