# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

FILED
FEB 2 2 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

JORGE ZALAZAR-MENDIVIL

## WARRANT FOR ARREST

Case Number: 08-M-3006

To:   The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest  Jorge Zalazar-Mendivil
NAME

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Illegally transporting aliens for the purpose of private financial gain

in violation of Title 8 United States Code, Sections 1324(a)(1)(A)(ii) and 1324(B)(ii)

| Byron G. Cudmore | U.S. MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ Byron G. Cudmore | February 11, 2008  at  Springfield, Illinois  4:20 PM |
| Signature of Issuing Officer | Date and Location |
| BAIL FIXED AT $ NO BAIL  by | Byron G. Cudmore |
| | Name of Judicial Officer |

RECEIVED 2008 FEB 12 P 3:35 U.S. MARSHALS SERVICE

## RETURN

This warrant was received and executed with the arrest of the above named defendant at  Williamsville

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 02/12/08 | Stuart Kutz | [signature] |
| Date of Arrest | Title of Arresting Officer | |
| 02/08/08 | S/A I.C.E. | |